

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Olan R. Van Zandt, Chairman
Joint Legislative Advisory Committee
Tioga, Texas

Dear Sir:

Opinion No. O-2460-A
Re: Construction of H. B.
No. 938, Acts 46th Leg.,
Rural Aid Equalization
Law.

We are in receipt of your letter of September 6, 1940, submitting additional questions concerning the subject matter of our Opinion No. O-2460.

Question 3(c) reads as follows:

"(c) Since in Section 12 of House Bill 938 it is provided that free time is to be increased if the total appropriation is insufficient to pay all claims for high school tuition and since it is provided also that transportation is in like manner to be reduced so as to bring the total grants for aid within the total appropriation therefor, are the actual amounts received from the state for tuition and transportation to be computed as receipts instead of the paper calculated earned amounts?"

It is our opinion that in determining need for transportation aid, only the actual amount of tuition received should be considered as a receipt.

Please submit an additional explanation of the remaining questions. If we understand your alternative questions 3(a) and 3(b), neither method of calculation would be used under Opinion No. O-2460.

APPROVED OCT 3, 1940

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Cecil C. Cammack*

Cecil C. Cammack
Assistant

CCC:RS

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT